# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | |
| JOSE ANTONIO BERNAL | Case Number: CR 07-4002-3-MWB |
| ☐ Revocation of Probation | USM Number: 03421-029 |
| ☒ Revocation of Supervised Release | Douglas Roehrich |
| ☐ Modification of Supervision Conditions | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation(s)  1, 2, 3a-b, 4, 5, 6, 7, 8, 9, 10, and 11   of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Use of Controlled Substance | 09/11/2015 |
| 2, 4 | Failure to Complete Community Service Work | 01/17/2016 |
| 3a-b | Failure to Comply with Substance Abuse Testing | 01/06/2016 |
| 5 | Failure to Maintain Lawful Employment | 01/08/2016 |
| 6 | False Statement to USPO | 01/25/2016 |
| 7 | Association with Individuals Engaged in Criminal Activity | 02/09/2016 |
| 8 | Possession of a Firearm and Ammunition | 02/09/2016 |
| 9 | Possession of a Controlled Substance | 02/09/2016 |
| 10 | Possession of Paraphernalia | 02/09/2017 |
| 11 | Law Violation | 02/09/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Mark W. Bennett
U.S. District Court Judge
Name and Title of Judge

Signature of Judge

July 10, 2017
Date of Imposition of Judgment

Date  7/11/17

DEFENDANT: **JOSE ANTONIO BERNAL**
CASE NUMBER: **CR 07-4002-3-MWB**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

☒ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **36 months, to run consecutively with any sentence imposed in the Northern District of Iowa, Case Number CR 16-4098-1-MWB.**

☐ The court makes the following recommendations to the Federal Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **JOSE ANTONIO BERNAL**
CASE NUMBER: **CR 07-4002-3-MWB**

## SUPERVISED RELEASE

☒ Upon release from imprisonment, No Term of Supervised Release is reimposed.

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations/Modifications

Judgment—Page 3 of 3

DEFENDANT: JOSE ANTONIO BERNAL
CASE NUMBER: CR 07-4002-3-MWB